NEW-YORK,
May, 1823.

BRINK, Overseer, &c. of KINGSTON, *against* FULTON and THORN, Overseers, &c. of MILAN.

THE PEOPLE
v.
SINGER.

IN this cause, in a *certiorari* to a Justice's Court, returnable at the last *January* term, the *test day* was, by mistake, omitted, and was not discovered till after the return day. The *Court*, on motion, allowed the writ to be *amended*, by inserting the *test day*.